NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-7091

ROBERT F. MALONEY

Claimant-Appellant,

v.

ERIC K. SHINSEKI, Secretary of Veterans Affairs,

Respondent-Appellee.

Appeal from the United States Court of Appeals for Veterans Claims
in 05-2383, Judge Bruce E. Kasold.

Before BRYSON, Circuit Judge.

## ORDER

Upon review of this recently docketed appeal, the court considers whether Robert F. Maloney should be directed to show cause why his appeal should not be dismissed as untimely filed.

The United States Court of Appeals for Veterans Claims entered judgment in this case on February 9, 2009. The docket sheet of the Court of Appeals for Veterans Claims indicates that that court received Maloney's notice of appeal on April 24, 2009, or 74 days after entry of judgment.

Any appeal of the judgment had to be received by the Court of Appeals for Veterans Claims within 60 days of the date of entry of judgment. 38 U.S.C. § 7292(a); 28 U.S.C. § 2107(b); Fed. R. App. P. 4(a)(1). If the notice of appeal was untimely filed, we do not have jurisdiction and this appeal must be dismissed. See Bowles v. Russell, 551 U.S. __, 127 S.Ct. 2360 (2007) (the timely filing of a notice of appeal in a civil case

is a jurisdictional requirement); <u>Sofarelli Assoc., Inc. v. United States</u>, 716 F.2d 1395 (Fed. Cir. 1983).

Accordingly,

IT IS ORDERED THAT:

(1)    Maloney is directed to show cause, within 21 days of the date of filing of this order, why his appeal should not be dismissed as untimely filed.

(2)    The briefing schedule is stayed.

FOR THE COURT

__JUN 11 2009__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 1 1 2009

JAN HORBALY
CLERK

cc:    Robert F. Maloney
       Robert C. Bigler, Esq.

s20

2009-7091                                          - 2 -